# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



(Full name of plaintiff(s))

Mitchell John Sherman

v.

(Full name of defendant(s))

Conagra foods Inc

Case Number:

**21-C-1038**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __W6508 Barkers rd, Elkhorn WI 53121__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Conagra Foods Inc__
   (Name)

is (if a person or private corporation) a citizen of _Nebraska_
(State, if known)
and (if a person) resides at _1 Conagra Drive, Omaha 68102_
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _See above_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

In October of 2019 I began employment as process control technician. I was hired being informed that, I was starting in this position for training for the Management position. during that time I was denied training by my superiors, subjected to discrimination & verbal harassment. In April of 2020 I registered a complaint of harassment. Additionally I was refused reasonable accommodations; was required to lift above my restriction of 15lb on several occassions. Additionally my employer refused to correct medical enrollment errors.

I believe they (the employers' employees) discriminated against me on the basis of my sex, (Male Non-Heterosexual), my disability, in retaliation for opposing discriminatory treatment.

Complaint – 2

On August 14th 2020 I was discharged from employment at Conagra foods Inc. I believe they violated my Title VII of the civil rights act of 1964, as amended & the Americans with disabilities Act.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Monetary Compensation for my Losses of Employment, my missing/Erroneous Medical Benefits, Pain & Suffering both Physical & mental. Any other recompense or Award allowed by the Court.

That Employer required to have a employement program for those with disabilities that is effective, Safe, & benefical to those employed and designed to work within SSD/SSDI benefits or the promotion of financial means above that of SSD/SSDI Payments & their allowable income limits.

To stop denying the rights of their employees, Retaliating against them & denying them benefits.

To have in place and th. Implement a higher Standard of Human Relations & key Principles; So that others are less likely to experience Miss treatment. Any other judgements the court deem appropriate.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES     ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __30th__ day of __August__ 20__21__.

Respectfully Submitted

_____
Signature of Plaintiff

__262-203-0247__
Plaintiff's Telephone Number

__Mitchellsherman777@yahoo.com__
Plaintiff's Email Address

__W6508 Barkers rd__

__Elkhorn WI 53121__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.