UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MITCHELL J. SHERMAN,

    Plaintiff,

    v.                                                    Case No. 21-CV-1038-SCD

CONAGRA FOODS, INC.,

    Defendant.

## ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION

Mitchell J. Sherman has asked me to reconsider the denial of his latest request for appointed counsel. A district judge may reconsider a previous ruling such as a denial of recruited counsel if there is a "compelling reason" to do so. *Santamarina v. Sears, Roebuck & Co.*, 466 F.3d 570, 571–72 (7th Cir. 2006) (citations omitted). The compelling reasons here, according to Sherman, are that he doesn't have money to hire a different attorney to represent him and that his last attorney provided deficient representation, including refusing to return documents Sherman says are critical to his case. However, those alleged facts do not alter the primary reason why I denied the last motion—Sherman's claims appear to have a very low chance of success.

The one case Sherman cites in his request for reconsideration—*EEOC v. Sears, Roebuck & Co.*, 417 F.3d 789 (7th Cir. 2005)—does not disturb that finding. In that case, the Seventh Circuit explained that "[t]he ADA defines a 'qualified individual with a disability' as 'an individual with a disability who, with or without reasonable accommodation, can perform the essential functions of the employment position that such individual holds or desires.'" *Id.*

at 797 (quoting 42 U.S.C. § 12111(8)). But the issue in our case—according to Sherman's former employer, Conagra Foods, Inc.—is that Sherman swore to the Social Security Administration that he couldn't work at all at the same time he claims he could've worked, with reasonable accommodations, for Conagra. *EEOC v. Sears* simply does not address that situation.

Accordingly, the court **DENIES** the plaintiff's request for reconsideration, ECF No. 70. Sherman may have until **May 20, 2024**, to respond to the defendant's motions for summary judgment and for sanctions. The court directs the clerk's office to send a copy of this order to Sherman's former lawyer, who shall promptly return Sherman's legal documents if he has not done so already.

**SO ORDERED** this 6th day of May, 2024.

_____
STEPHEN C. DRIES
United States Magistrate Judge